UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x Civil Action No.: CV-04-2662

UNITED STATES OF AMERICA,

    Plaintiff,

- against-

DENISE CARROLL,

    Defendant.
-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 7 2005 ★
BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Denise Carroll failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Denise Carroll:

**Claim No. C-99885W**

| | |
|---|---|
| Principal Balance: | $4,723.27 |
| Total Interest Accrued at 9.130%: | $6,964.10 |
| Filing and Service of Process: | $180.00 |
| Subtotal Owed: | $11,867.37 |

**Claim No. C-99887W**

| | |
|---|---|
| Principal Balance: | $292.99 |
| Total Interest Accrued at 8.000%: | $327.37 |
| Subtotal Owed: | $620.36 |
| Attorney's Fees: | $1575.00 |
| Total Owed: | $14,062.73 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
   November 1, 2005

                 s/David G. Trager
                 David G. Trager
                 United States District Judge

c/m